**No. 53226.**—W. A. Taylor & Co. *v.* United States, protests 112489–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

**No. 53227.**—Schenley Import Corp. et al. *v.* United States, protests 112553–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 53228.**—Butler Brothers *v.* United States, protest 46197–K (San Francisco).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry. The protest was sustained to this extent.

**No. 53229.**—Bell & Howell Co. et al. *v.* United States, protests 50813–K/90097, etc. (Chicago).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53230.**—Wm. Cooper & Nephews, Inc., et al. *v.* United States, protests 52531–K/90206, etc. (Chicago).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.